MICHAEL B. BROWN (SB #179222)
UZUNMA A. KAS-OSOKA (SB #258616)
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781
mbbrown@stoel.com
uakas-osoka@stoel.com

Attorneys for Defendant
AMERICAN TRAFFIC SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIE TALBERT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CAPITOLA, a political subdivision of the State of California; CAPITOLA POLICE DEPARTMENT; AMERICAN TRAFFIC SOLUTIONS, LLC, a Limited Liability Company, and DOES 1 through 50, INCLUSIVE,<br><br>Defendants. | Case No. 5:10-CV-03113 JW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF CASE MANAGEMENT CONFERENCE AND ASSOCIATED INITIAL DISCLOSURE AND ADR DEADLINES** |

On July 16, 2010, Defendant AMERICAN TRAFFIC SOLUTIONS, LLC, ("ATS") filed a Notice of Removal of State Action.

On July 23, 2010, Defendants ATS, CITY OF CAPITOLA, and CAPITOLA POLICE DEPARTMENT filed a Motion to Dismiss for failure to state a claim on which relief can be granted, which is set for hearing on January 24, 2011, at 9:00 a.m., in Courtroom 8 of this Court.

On August 12, 2010, Plaintiff JULIE TALBERT filed a Motion to Remand Action to State Court, which has been set for hearing on December 13, 2010, at 9:00 a.m. in Courtroom 8 of this Court.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION AND ORDER FOR EXTENSION OF CASE MANAGEMENT CONFERENCE AND PRE-TRIAL CONFERENCE

-1-

CASE NO. 5:10-CV-03113 JW

70278801.1 0009610-00008

1  The Case Management Conference is set for October 18, at 10:00 a.m., in Courtroom 8 of
2  this Court.
3  Pursuant to Civil Local Rule 6-1(b) and as a result of the pending motions, the parties
4  through their respective counsel hereby stipulate to continue the Case Management Conference
5  previously set for October 18, 2010, at 10:00 a.m. and all associated initial disclosure, discovery
6  plan, and ADR deadlines, to a date after the January 24, 2011 hearing on the motion to dismiss.

DATED: September 14, 2010

LAW OFFICE OF DAVID Y. IMAI

By: ____/s/_____
DAVID Y. IMAI
Attorney for Plaintiff JULIE TALBERT

DATED: September 14, 2010

ATCHISON, BARISONE, CONDOTTI & KOVACEVICH

By: ____/s/_____
S. ADAIR PATERNO
Attorneys for Defendants
CITY OF CAPITOLA and CAPITOLA POLICE DEPARTMENT

DATED: September 14, 2010

STOEL RIVES LLP

By: ____/s/_____
MICHAEL B. BROWN
Attorneys for Defendant
AMERICAN TRAFFIC SOLUTIONS, LLC

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION AND ORDER FOR EXTENSION OF CASE MANAGEMENT CONFERENCE AND PRE-TRIAL CONFERENCE

-2-

CASE NO. 5:10-CV-03113 JW

70278801.1 0009610-00008

**ORDER**

Good Cause Appearing, IT IS ORDERED THAT:

The Case Management Conference set for October 18, 2010, is continued to January 24, 2011, at 10:00 AM., in Courtroom 8, located at 280 South First Street, San Jose, California.

DATED: September 16, 2010

_____
JUDGE OF THE DISTRICT COURT

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION AND ORDER FOR EXTENSION OF CASE MANAGEMENT CONFERENCE AND PRE-TRIAL CONFERENCE

-3-

CASE NO. 5:10-CV-03113 JW

70278801.1 0009610-00008