Law Office of David Y. Imai
311 Bonita Drive
Aptos, California 95003
Telephone: (831) 662-1706

Johnson & James LLP
P.O. Box 245
Aptos, California
95001-0245

Attorneys for Plaintiffs

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
*1/21/20011*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIE TALBERT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CAPITOLA, a political subdivision of the State of California; CAPITOLA POLICE DEPARTMENT; AMERICAN TRAFFIC SOLUTIONS, LLC, a Limited Liability Company, and DOES 1 through 50, INCLUSIVE,<br><br>Defendants | CASE NO: CV 10-03113 JW<br><br>STIPULATION AND ORDER VACATING JANUARY 24, 2011 HEARING AND GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT<br><br>FRCP 15(a)(2) |

WHEREFORE, neither Plaintiff Julie Talbert ("Plaintiff") nor Defendants City of Capitola, Capitola Police Department, and American Traffic Solutions (collectively, "Defendants") have previously requested any scheduling modifications in this action; and

WHEREFORE, vacating the hearing currently set for January 24, 2011 at 9 a.m. in Courtroom 8 on Defendants' Amended Motion to Dismiss will allow Plaintiff to file a First Amended Complaint, narrow the issues before the Court, and allow the parties an opportunity to explore early resolution;

Plaintiff and Defendants hereby stipulate and agree, by and through their respective counsel of record, as follows:

1. Plaintiff shall file the First Amended Complaint, attached hereto as Exhibit A, by January 21, 2011; as a separate docket entry.

2. The hearing on Defendant's Amended Motion to Dismiss, currently set for January 24, 2011, is vacated. Defendants shall file a Joint Motion to Dismiss the First Amended Complaint by January 31, 2011. Plaintiff's opposition brief shall be filed by February 10, 2011. Defendants' reply shall be filed by February 15, 2011;

3. The parties respectfully request that the Court schedule a hearing on Defendants' anticipated Joint Motion to Dismiss the First Amended Complaint on February 28, 2011, or a       date at the Court's discretion. The hearing on Defendants' anticipated Motion to Dismiss the First Amended Complaint shall be set for **March 28, 2011** at  9:00  a.m. in Courtroom 8;

4. Plaintiff waives any claim that this Court lacks subject matter jurisdiction of this matter based on the amended allegations of the First Amended Complaint;

5. No trial date has been set. Setting a hearing on Defendants' anticipated Motion to Dismiss the First Amended Complaint on February 28, 2011 would not affect any schedule proposed by Plaintiff. Defendants propose an amended case schedule (based on the proposal set forth in the Joint Case Management Statement) that accounts for the one-month delay.

6. Accordingly, the Case Management Conference currently set for January 24, 2011, is also vacated. The Court will set a new Case management Conference in its Order addressing Defendants' Motion to Dismiss, if necessary.

DATED: January 20, 2011                    LAW OFFICE OF DAVID Y. IMAI


                                           By: /s/ David Y. Imai
                                               DAVID Y. IMAI
                                               Attorneys for Plaintiff
                                               JULIE TALBERT

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: January 20, 2011 | ATCHISON, BARISONE, CONDOTTI & KOVACEVICH |
| 3 | | |
| 4 | | By: /s/ S. Adair Paterno |
| 5 | | GEORGE J. KOVACEVICH<br>S. ADAIR PATERNO |
| 6 | | Attorneys for Defendants<br>CITY OF CAPITOLA and CAPITOLA POLICE DEPARTMENT |
| 7 | | |
| 8 | DATED: January 20, 2011 | STOEL RIVES LLP |
| 9 | | |
| 10 | | By: /s/ Vanessa S. Power |
| 11 | | MICHAEL B. BROWN<br>UZUNMA A. KAS-OKOKA |
| 12 | | VANESSA S. POWER (Pro Hac Vice)<br>Attorneys for Defendant |
| 13 | | AMERICAN TRAFFIC SOLUTIONS, LLC |

**PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.**

DATED: January 21, 2011

*/s/ James Ware*
JAMES WARE
United States District Chief Judge