Law Office of David Y. Imai
311 Bonita Drive
Aptos, California 95003
Telephone: (831) 662-1706

Johnson & James LLP
P.O. Box 245
Aptos, California
95001-0245

Attorneys for Plaintiff

**IT IS SO ORDERED**
*Judge James Ware*
3/24/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIE TALBERT,<br><br>          Plaintiff,<br><br>vs.<br><br>CITY OF CAPITOLA, a political subdivision of the State of California; CAPITOLA POLICE DEPARTMENT; AMERICAN TRAFFIC SOLUTIONS, LLC, a Limited Liability Company, and DOES 1 through 50, INCLUSIVE,<br><br>          Defendants | CASE NO: CV 10-03113 JW<br><br>NOTICE OF VOLUNTARY DISMISSAL |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff JULIE TALBERT hereby dismisses the above captioned action with prejudice as against defendants CITY OF CAPITOLA and CAPITOLA POLICE DEPARTMENT only, each side to bear their own costs and attorney fees.

DATED: 3/21/11

Law Office of David Y. Imai
Johnson & James LLP
Attorneys for Plaintiff JULIE TALBERT

BY: _____
David Y. Imai. Esq.

*Notice of Voluntary Dismissal*          1          CV 10-03113 JW