Law Office of David Y. Imai
311 Bonita Drive
Aptos, California 95003
Telephone: (831) 662-1706

Johnson & James LLP
P.O. Box 245
Aptos, California
95001-0245

Attorneys for Plaintiffs



3/24/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIE TALBERT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CAPITOLA, a political subdivision of the State of California; CAPITOLA POLICE DEPARTMENT; AMERICAN TRAFFIC SOLUTIONS, LLC, a Limited Liability Company, and DOES 1 through 50, INCLUSIVE,<br><br>Defendants | CASE NO: CV 10-03113 JW<br><br>STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO DISMISS FIRST AMENDED COMPLAINT |

WHEREFORE, on March 21, 2011, plaintiff Julie Talbert filed a Notice of Voluntary Dismissal dismissing the Amended Complaint against defendants City of Capitola and Capitola Police Department with prejudice;

WHEREFORE, a hearing on defendant American Traffic Solutions, LLC's Motion to Dismiss the First Amended Complaint is scheduled for March 28, 2011;

WHEREFORE, plaintiff Julie Talbert and defendant American Traffic Solutions, LLC have reached resolution of this case and anticipate dismissal of remaining claims against American Traffic Solutions, LLC shortly;

WHEREFORE, a brief continuance of the hearing on defendant American Traffic Solutions, LLC's Motion to Dismiss the First Amended Complaint is in the interest of judicial efficiency; and

WHEREFORE, although a Motion to Dismiss the original Complaint was previously vacated, there has been no prior stipulation to continue the hearing date on the pending Motion to Dismiss the First Amended Complaint, per Local Rule 7-7(b)(1).

Plaintiff Julie Talbert and defendant American Traffic Solutions, LLC hereby stipulate and agree, by and through their respective counsel of record, as follows:

1. The hearing on defendant American Traffic Solutions, LLC's Motion to Dismiss the First Amended Complaint shall be continued to April 18, 2011 at 9:00 a.m. in Courtroom 8.

**IT IS SO STIPULATED:**
DATED: 3/23/11

David Y. Imai, Esq.
Attorney for Plaintiff
JULIE TALBERT

DATED: 3/23/2011

Vanessa S/. Power, Esq.
Attorney for Defendants
AMERICAN TRAFFIC SOLUTIONS, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**
DATED: March 24, 2011

James Ware
United States District Judge

2